**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

July 13, 2007

CASE TITLE:     FARAH PAYAN-v-FEDEX KINKOS OFFICE
RECEIVED FROM: Central District of California

CASE NUMBER:    CV 07-03594 EMC

TO COUNSEL OF RECORD:

      The above entitled action has been transferred to this District. All future filings should reflect the above case number.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Simone Voltz
Case Systems Administrator

o:\mrg\civil\transin.mrg

**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

July 13, 2007

CASE TITLE:    FARAH PAYAN-v-FEDEX KINKOS OFFICE
RECEIVED FROM: Central District of California

CASE NUMBER:    CV 07-03594 EMC

TO COUNSEL OF RECORD:

    The above entitled action has been transferred to this District. All future filings should reflect the above case number.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Simone Voltz
Case Systems Administrator

o:\mrg\civil\transin.mrg