IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FARAH PAYAN,                                             No. C 07-03594SI

        Plaintiff,                                   **NOTICE**

  v.

FEDEX KINKOS OFFICE,

        Defendant.
_____/

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been scheduled to occur on Friday, October 19, 2007, at 2:00 p.m.

Dated: August 14, 2007



RICHARD W. WIEKING, Clerk

Tracy Sutton
Deputy Clerk