1 | Eric A. Grover, Esq. (SBN 136080)
2 | Jade Butman, Esq. (SBN 235920)
**KELLER GROVER LLP**
3 | 425 Second Street, Suite 500
San Francisco, CA 94107
4 | Tel. (415) 543-1305; Fax: (415) 543-7861
eagrover@kellergrover.com
5 | jbutman@kellergrover.com

6 | Mark R. Thierman, Esq. (SBN 72913)
7 | **THIERMAN LAW FIRM**
7287 Lakeside Drive
8 | Reno, Nevada 89511
Tel. (775) 284-1500; Fax (775) 703-5027
9 | laborlawyer@pacbell.net

10 | Scott A. Miller, Esq. (SBN 230322)        Steven L. Miller, Esq. (SBN 106023)
11 | **LAW OFFICES OF SCOTT A.**              **STEVEN L. MILLER,**
    **MILLER, A.P.C.**                         **A PROFESSIONAL LAW CORP.**
12 | 16133 Ventura Blvd., Suite 1200           16133 Ventura Blvd., Suite 1200
    Encino, CA 91436                           Encino, CA 91436
13 | Tel. (818) 788-8081; Fax (818) 788-8080  Tel. (818) 986-8900 Fax: (818) 990-7900
14 | millaw@sbcglobal.net                      stevenlmiller@sbcglobal.net

15 | Attorneys for Plaintiff
    Farah Payan

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JIYOUNG MOON and CRAIG STANFORD, individually and on behalf of all other similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC. and DOES 1-10, <br><br> Defendants. | Case No.: CV 06-07657 SI <br><br> CLASS ACTION <br><br> **STIPULATION AND [PROPOSED] ORDER THAT CASES ARE RELATED AND CONSOLIDATED** |

---

ADMINISTRATIVE MOTION TO RELATE AND CONSOLIDATE ACTIONS
Case No. 06-07657 SI

1  Plaintiff FARAH PAYAN ("Plaintiff Payan"), Plaintiffs Jiyoung Moon and
2  Craig Stanford ("Plaintiffs Moon and Stanford") and Defendant FEDEX KINKO'S
3  OFFICE AND PRINT SERVICES, INC. ("Defendant" or "FedEx Kinko's"), by and
4  through their respective counsel, hereby stipulate as follows:

5  WHEREAS, on December 20, 2006, Plaintiffs Moon and Stanford filed a First
6  Amended Complaint in *Moon, et al. v. FedEx Kinko's Office and Print Services, Inc.*,
7  Case No. 06-07657 SI in this Court on behalf of a putative national class of FedEx
8  Kinko's customers alleging that Defendant willfully violated the requirements of 15
9  U.S.C. § 1681c(g) by providing Plaintiffs Moon and Stanford and the putative class
10 members with credit or debit card receipts that allegedly contained more than five digits
11 of the credit or debit card numbers and/or the cards' expiration dates;

12 WHEREAS, on February 9, 2007, Plaintiff Payan filed *Payan v. FedEx Kinko's
13 Office and Print Services, Inc.* in the Central District of California on behalf of the
14 essentially the same putative class as in the Moon action alleging substantially the same
15 factual and legal claims against the same Defendant;

16 WHEREAS, on July 2, 2007, the Central District Court approved Plaintiff Payan
17 and Defendant's stipulation to transfer the case to the Northern District Court so that it
18 could be joined with the *Moon* action;

19 WHEREAS, the *Payan* action was transferred and assigned to Magistrate Judge
20 Edward M. Chen in the Northern District, designated as Case No. 3:07-cv-03594-EMC;

21 WHEREAS, both actions involve substantially the same factual and legal claims
22 regarding the same defendant's receipt printing practices and propose essentially the
23 same putative classes of plaintiff consumers;

24 WHEREAS, litigating these actions separately will create unduly burdensome
25 duplication of labor and expense both for the parties and the Courts;

26 WHEREAS, litigating these actions separately will create a significant risk of
27 inconsistent rulings because both Courts will be resolving essentially the same issues;

28

IT IS HEREBY STIPULATED by and between the parties referenced below, by and through their respective counsel, that the actions, *Payan v. FedEx Kinko's Office and Print Services, Inc.*, Case No. 07-03594 EMC and *Moon, et al. v. FedEx Kinko's Office and Print Services, Inc.*, Case No. 06-07657 SI are related under the definition set forth in Local Rule 3-12(a) and should be consolidated into the earlier-filed *Moon* action in accordance with Federal Rule of Civil Procedure 42(a).

Dated: August 1, 2007     KELLER GROVER LLP

By: _____/s/_____
    Eric A. Grover
    Attorneys for Plaintiff
    FARAH PAYAN

Dated: August 1, 2007     SPIRO MOSS & BARNESS LLP

By: _____/s/_____
    J. Mark Moore
    Attorneys for Plaintiffs
    JIYOUNG MOON and CRAIG STANFORD

Dated: August 1, 2007     SEDGWICK DETERT MORAN & ARNOLD LLP

By: _____/s/_____
    Michael N. Westheimer
    Attorneys for Defendant
    FEDEX KINKO'S OFFICE AND
    PRINT SERVICES, INC.

# ORDER

GOOD CAUSE APPEARING THEREFORE, the Court hereby orders that the actions *Moon, et al. v. FedEx Kinko's Office and Print Services, Inc.*, Case No. 06-07657 SI and *Payan v. FedEx Kinko's Office and Print Services, Inc.*, Case No. 07-03594 EMC are related and are hereby consolidated into the earlier-filed *Moon, et al. v. FedEx Kinko's Office and Print Services, Inc.*, Case No. 06-07657 SI.

**IT IS SO ORDERED.**

DATED: _____, 2007           _____
                                  HONORABLE SUSAN ILLSTON
                                  UNITED STATES DISTRICT JUDGE